**Opinion issued August 13, 2024**



In The

# Court of Appeals

### For The

## First District of Texas

---

### NO. 01-23-00860-CV

---

## IN RE LEO LAPUERTA, M.D., F.A.C.S. AND THE PLASTIC SURGERY INSTITUTE OF SOUTHEAST TEXAS, P.A., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Leo LaPuerta, M.D., F.A.C.S. and The Plastic Surgery Institute of Southeast Texas, P.A., filed a petition for writ of mandamus challenging the trial court's September 1, 2023 "Amended Order Granting [Real Party in Interest, Jose Torres's] Motion for New Trial."[1]  Relators requested that the Court issue a writ of

---

[1]    The underlying case is *Jose Torres v. Leo LaPuerta, M.D., F.A.C.S. and The Plastic Surgery Institute of Southeast Texas, P.A.*, Cause No. 2018-28993, in the 113th

mandamus directing the trial court to "vacate and set aside" the new trial order and to further "issue a new [o]rder denying [Torres's] Motion for New Trial, and direct [the trial court] to sign a take-nothing Final Judgment in favor of [relators]."

In connection with their petition for writ of mandamus, on April 30, 2024, relators filed an "Unopposed Motion for Immediate Temporary Relief." In their motion, relators requested a stay of a May 20, 2024 trial setting in the underlying trial court case pending this Court's resolution of relators' petition for writ of mandamus. The Court granted relators' motion on May 7, 2024, staying the May 20, 2024 trial setting.

Our review of relators' petition for writ of mandamus reflects that relators have failed to establish they are entitled to mandamus relief. We therefore lift the stay imposed by our May 7, 2024 order and deny relators' petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.

---

District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding.